# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>vs.<br><br>Kevin Antonio Quevedo-Moncada (1),<br><br>                            Defendant. | Case No. 22cr0038-CAB<br><br><br>JUDGMENT OF DISMISSAL AS TO COUNT THREE (3) OF THE SUPERSEDING INDICTMENT |

IT APPEARING that the defendant is now entitled to be discharged as to a specific count for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☒ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Superseding Indictment:

Count 3s - 18:111(a)(1), (b) – Assault on a Federal Officer (Felony)

Dated:  10/4/2022

Hon. Cathy Ann Bencivengo
United States District Judge